AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-00354

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Scott Bailey
was received by me on *(date)* 05/07/2014 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Mary Bailey
(wife) , a person of suitable age and discretion who resides there,
on *(date)* 5/7/14, @6:01 pm , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________________
______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

[signature]
*Server's signature*

Barbara Barrett
*Printed name and title*

US Dept of Labor
Wage Hour Division- Federal Building
550 Main Street Room 10-409
Cincinnati, Ohio 45202
*Server's address*

Additional information regarding attempted service, etc: