**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, Plaintiff, v. SCOTT BAILEY, an individual, Defendant. | Civil Case No. 1:14-cv-354<br>Chief Judge Susan J. Dlott |

**JUDGMENT**

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary") has filed his Complaint, and Defendant Scott Bailey ("Defendant") has agreed to the entry of this Judgment in accordance with the Stipulation between the parties filed herein. It is therefore, for cause shown:

**ORDERED, ADJUDGED, AND DECREED** that Defendant, his agents, servants, employees, and all persons in active concert with him, are permanently enjoined and restrained from violating the provisions of §15(a)(2) and §15(a)(5) of the Fair Labor Standards Act of 1938 (the "Act"), in any of the following manners:

1. Defendant shall not, contrary to Section 6 of the Act, employ any of his employees engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, unless the employees receive compensation for their employment at a rate not less than that required by the Act.

2. Defendant shall not, contrary to Section 7 of the Act, employ any of his employees engaged in commerce or in the production of goods for commerce, or

employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his employment in excess of forty (40) hours per week at a rate not less than that required by the Act.

3. Defendant shall not fail to make, keep, and preserve records of his employees, and of the wages, hours, and other conditions and practices of employment maintained by them, as prescribed by the regulations of the Administrator or the Secretary of Labor issued, and from time to time amended, pursuant to Section 11(c) of the Act, and found in Title 29, Chapter V, Code of Federal Regulations, Part 516.

4. Defendant shall not request, solicit, suggest, or coerce, directly or indirectly, any employee to return or to offer to return to the Defendant or to someone else on behalf of Defendant any money in the form of cash, check, or any other form, for wages previously due, if any, or to become due in the future to said employee under the provisions of the Act; nor shall Defendant discharge or in any other manner discriminate, solicit, or encourage anyone else to discriminate against any such employee because such employee has received or retained money due to him, if any, from Defendant under the provisions of the Act.

5. Nothing herein should be construed as an admission on Defendant's part of any liability whatsoever or that he in any way has acted unlawfully or otherwise improperly. Defendant specifically denies any liability or improper or unlawful conduct.

It is further **ORDERED ADJUDGED AND DECREED** that no costs or disbursement are allowed.

Dated this 11th day of August, 2014.

Chief Judge Susan J. Dlott

*/s/ Hema Steele*
HEMA STEELE (0081456)
Trial Attorney
U.S. Department of Labor
881 Federal Office Building
1240 East Ninth Street
Cleveland, Ohio 44199
(216) 522-7546
(216) 522-7172 (facsimile)
*Steele.Hema@dol.gov*

OF COUNSEL:

BENJAMIN T. CHINNI
Associate Regional Solicitor

*/s/ Robert D. Shank*
Robert D. Shank (0069229)
Denlinger, Rosenthal & Greenberg, LPA
425 Walnut Street, Suite 2300
Cincinnati, Ohio 45202
(513) 621-3440
(513) 621-4449 (facsimile)
*rshank@drgfirm.com*

*Attorney for Defendant Scott Bailey*